**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 13-10188 |
| Plaintiff - Appellee, | 13-10200 |
| v. | D.C. Nos. 4:12-cr-02227-DCB |
| | 4:11-cr-00221-DCB |
| OTHON RAMIREZ-ROJAS, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted May 13, 2014**

Before:     CLIFTON, BEA, and WATFORD, Circuit Judges.

In these consolidated appeals, Othon Ramirez-Rojas appeals his guilty-plea

conviction and 15-month sentence for reentry after deportation, in violation of 8

U.S.C. § 1326; and the revocation of supervised release and consecutive 18-month

sentence imposed upon revocation.  Pursuant to *Anders v. California*, 386 U.S. 738

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), Ramirez-Rojas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ramirez-Rojas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**